| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
January 28, 2020
David J. Bradley, Clerk

Austin Lane Rackley, §
§
      Plaintiff, §
§
versus §    Civil Action H-19-4312
§
Sky Hook Rig Supply, LLC, §
§
      Defendant. §

## Order Transferring Case

This case is transferred to the United States District Court for the Western District of Texas, Midland/Odessa Division. (12)

Signed on January **28**, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge