# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:19−cv−04312

Rackley v. Sky Hook Rig Supply, LLC **Case electronically transferred to the Western District of Texas.**
Assigned to: Judge Lynn N Hughes
Cause: 29:201 Fair Labor Standards Act

Date Filed: 11/01/2019
Date Terminated: 01/28/2020
Jury Demand: None
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Austin Lane Rackley**   represented by   **Curt Christopher Hesse**
Moore & Associates
440 Louisiana Street
Ste 675
Houston, TX 77002−1637
713−222−6775
Fax: 713−222−6739
Email: curt@mooreandassociates.net
*ATTORNEY TO BE NOTICED*

**Melissa Moore**
Moore & Associates
Lyric Center
440 Louisiana Street, Ste 675
Houston, TX 77002
713−222−6775
Fax: 713−222−6739
Email: melissa@mooreandassociates.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sky Hook Rig Supply, LLC**   represented by   **Russell Daniel Cawyer**
*doing business as*
Sky Hook Services
Kelly Hart et al
201 Main Street
Ste 2500
Fort Worth, TX 76102
817−878−2500
Fax: 817−335−2820
Email: russell.cawyer@khh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2019 | Ï 1 | COMPLAINT against Sky Hook Rig Supply, LLC d/b/a Sky Hook Services (Filing fee $ 400 receipt number 0541−23485276) filed by Austin Lane Rackley. (Attachments: # 1 Civil Cover Sheet)(Moore, Melissa) (Entered: 11/01/2019) |

| | | |
|---|---|---|
| 11/01/2019 | Ï 2 | CONSENT to Join a Collective/Class Action by Austin Lane Rackley, filed.(Moore, Melissa) (Entered: 11/01/2019) |
| 11/01/2019 | Ï 3 | NOTICE of Appearance by Melissa Moore on behalf of Austin Lane Rackley, filed. (Moore, Melissa) (Entered: 11/01/2019) |
| 11/01/2019 | Ï 4 | NOTICE of Appearance by Curt Hesse on behalf of Austin Lane Rackley, filed. (Hesse, Curt) (Entered: 11/01/2019) |
| 11/05/2019 | Ï 5 | ORDER FOR CONFERENCE. Initial Conference set for 2/3/2020 at 10:00 AM in Room 11122 before Judge Lynn N Hughes (Signed by Judge Lynn N Hughes) Parties notified.(MelissaMorganadi, 4) (Entered: 11/05/2019) |
| 12/12/2019 | Ï 6 | CERTIFICATE OF INTERESTED PARTIES by Austin Lane Rackley, filed.(Moore, Melissa) (Entered: 12/12/2019) |
| 12/12/2019 | Ï 7 | Request for Issuance of Summons as to Sky Hook Rig Supply, LLC, filed.(Moore, Melissa) (Entered: 12/12/2019) |
| 12/13/2019 | Ï 8 | Summons Issued as to Sky Hook Rig Supply, LLC. Issued summons delivered to plaintiff by NEF, filed.(hlerma, 4) (Entered: 12/13/2019) |
| 01/07/2020 | Ï 9 | Unopposed MOTION for Extension of Time To File Answer to Complaint by Sky Hook Rig Supply, LLC, filed. Motion Docket Date 1/28/2020. (Attachments: # 1 Proposed Order)(Cawyer, Russell) (Entered: 01/07/2020) |
| 01/08/2020 | Ï 10 | Extension ORDER. By 1/23/2020, Sky Hook Rig Supply may answer or otherwise respond 9 . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 01/08/2020) |
| 01/23/2020 | Ï 11 | Opposed MOTION to Dismiss 1 Complaint *Count Three − Collective Action* by Sky Hook Rig Supply, LLC, filed. Motion Docket Date 2/13/2020. (Attachments: # 1 Proposed Order)(Cawyer, Russell) (Entered: 01/23/2020) |
| 01/23/2020 | Ï 12 | Unopposed MOTION to Transfer Case to Western District of Texas, Midland/Odessa Division by Sky Hook Rig Supply, LLC, filed. Motion Docket Date 2/13/2020. (Attachments: # 1 Exhibit A − Declaration of Richard Mannie Seale, # 2 Proposed Order)(Cawyer, Russell) (Entered: 01/23/2020) |
| 01/28/2020 | Ï 13 | ORDER TO TRANSFER CASE to The Western District of Texas − Midland−Odessa Division terminating 12 . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 01/28/2020) |
| 01/28/2020 | Ï | Interdistrict transfer to The Western District of Texas − Midland−Odessa Division. Case transferred electronically. Case terminated on 1/28/2020, filed. (ghassan, 4) (Entered: 01/28/2020) |